UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Kish,<br><br>Plaintiff,<br><br>v.<br><br>Murrieta Town Center Retail Owner, L.P.; Murrieta Town Center Retail Owner GP, LLC; Ross Stores, Inc. Defendants. | Case No. 5:19-cv-01764-AB-SHKx<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 16, 2019 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE